UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. DOE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF PLUMAS, et al.,<br><br>        Defendants.<br>_____<br><br>N.P. DOE, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF PLUMAS, et al.,<br><br>        Defendants. | No. 2:24-cv-02640-DJC-CSK<br><br><br><br><br><br><br><br><br>No. 2:25-cv-00264-TLN-SCR<br><br><br><u>RELATED CASE ORDER</u> |

      Plaintiffs have filed a notice of related cases in the above-captioned matters. Examination of these matters reveals that they are related within the meaning of Local Rule 123(a). These cases involve the same Defendants, the County of Plumas and Brandon Compton, and concern similar allegations relating to sexual assault and civil rights violations brought by Plaintiffs M.S. Doe and N.P. Doe, who were both inmates

1

in the Plumas County Correctional Facility.  Accordingly, the Court finds that assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and be convenient for the Parties.  *See* E.D. Cal. L.R. 123(a).

The Parties should be aware that while relating cases causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Local Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.  *See* E.D. Cal. L.R. 123(c).

Therefore, it is hereby ORDERED that 2:25-cv-00264-TLN-SCR is reassigned from Judge Troy L. Nunley and Magistrate Judge Sean C. Riordan to the undersigned and Magistrate Judge Chi Soo Kim.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:25-cv-00264-DJC-CSK.

It is further ORDERED that the Clerk of the Court shall make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **March 31, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE