Nicholas R. Kloeppel, CBN 186165
THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 FIRST STREET
EUREKA, CALIFORNIA 95501
Telephone: (707) 443-5643
Email:  nkloeppel@mitchelllawfirm.com

Attorneys for Defendant
COUNTY OF PLUMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. DOE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF PLUMAS; BRANDON COMPTON, in his individual and official capacities,<br><br>    Defendants. | Case No.: 2:24-CV-02640-DJC-CSK<br><br>STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER THEREON |

THE MITCHELL
LAW FIRM
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

0

STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE JOINT CASE MANAGEMENT
CONFERENCE STATEMENT AND ORDER THEREON

**STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE THE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

Defendants the COUNTY OF PLUMAS and BRANDON COMPTON (collectively "Defendants"), by and through their attorneys of record, and plaintiff M.S. DOE, by and through their attorneys of record, (collectively, the "Parties"), stipulate as follows:

1. By way of this Court's Order DATED March 11, 2025 (Dkt. No. 36), the Court ordered that "[t]he parties shall file a joint status report pursuant to the Court's Initial Case Management Order within thirty-five (35) days after the Court's ruling on Defendants' pending [34] [35] Motions to Dismiss."

2. The Court entered an order on the subject motions to dismiss on August 15, 2025 (Dkt. No. 48), which means that the joint case status report would be due on September 19, 2025.

3. On September 12, 2025, the plaintiff filed a Second Amended Complaint (Dkt. No. 49).

4. Defendants intend to file further motions to dismiss which are currently due on or before September 26, 2025.

5. The Parties therefore request that the Court, enter an order extending time for the Parties to file the joint status report until thirty-five (35) days after the Court rules on the anticipated motions to dismiss or fifteen (15) days after the Defendants answer the Complaint, whichever is later, or any other time which is more convenient for the Court.

6. The Parties are unaware of any prejudice that would result from the aforementioned stipulation and order. The Parties believe that the interests of justice would be best served by ensuring the pleadings are settled before moving forward with the case, including a joint status report and initial case management conference.

7. Based on the foregoing, the Parties jointly request that the Court extend time for the Parties to file the joint status report until thirty-five (35) days after the Court rules on

1  the anticipated motions to dismiss or fifteen (15) days after the Defendants answer the
2  Complaint, whichever is later, or any other time which is more convenient for the Court.
3      IT IS SO STIPULATED.
4  DATED: September 19, 2025    THE MITCHELL LAW FIRM, LLP

6      /s/ Nicholas R. Kloeppel
7      Nicholas R. Kloeppel
    Attorneys for Defendant
    County of Plumas

9  DATED: September 19, 2025    ANGELO, KILDAY & KILDUFF, LLP

11     /s/ Serena M. Warner
12     Serena M. Warner
    Attorneys for Defendant
    Brandon Compton

14 DATED: September 19, 2025    CAL LAW APC

16     /s/ Calvin Chang
17     Calvin Chang
    Attorneys for Plaintiff
    M.S. Doe

21     As the filer of this document, I hereby certify that the above parties have
22 consented to the use of their e-signatures on this document.
23 DATED: September 19, 2025    THE MITCHELL LAW FIRM, LLP

25     /s/ Nicholas R. Kloeppel
    Nicholas R. Kloeppel
26     Attorneys for Defendant
    County of Plumas

THE MITCHELL LAW FIRM
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE JOINT CASE MANAGEMENT
CONFERENCE STATEMENT AND ORDER THEREON

**ORDER**

The Court hereby makes this order on the joint status report currently required to be filed by September 19, 2025. The Court finds good cause to vacate the court's prior order that "[t]he parties shall file a joint status report pursuant to the Court's Initial Case Management Order within thirty-five (35) days after the Court's ruling on Defendants' pending [34] [35] Motions to Dismiss." (Dkt. No. 36).

3. The joint status report that would be due on September 19, 2025, pursuant to the Court's prior order is no longer required at this time.

4. The Court hereby orders that the Parties shall file a joint status report thirty-five (35) days after the Court rules on the anticipated motions to dismiss or fifteen (15) days after the Defendants answer the Complaint, whichever is later.

IT IS SO ORDERED.

Dated:  September 19, 2025        /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

THE MITCHELL
LAW FIRM
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

3

STIPULATION TO EXTEND TIME FOR THE PARTIES TO FILE JOINT CASE MANAGEMENT
CONFERENCE STATEMENT AND ORDER THEREON