CAL LAW APC
CALVIN CHANG (CA Bar No. 277851)
500 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone:   916.538.0225
cal@callawapc.com

G. ERIC LAMBIN, ESQ. (CA Bar No. 291357)
The Law Office of G. Eric Lambdin
500 Capitol Mall, Suite 2350
Sacramento CA   95814
Telephone:  530.249.4872
eric@attorneylambdin.com

Attorneys for Plaintiff M.S. DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S. DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLUMAS; BRANDON COMPTON, in his individual and official capacities, and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case no. 2:24-cv-02640-DJC-CSK**<br><br>**STIPULATED REQUEST TO SEAL DOCUMENT PREVIOUSLY FILED; ORDER** |

Plaintiff M.S. DOE ("Plaintiff"), Defendant COUNTY OF PLUMAS ("County") and Defendant BRANDON COMPTON, by and through their respective counsel, hereby agree and stipulate as follows:

The parties respectfully request that the Court seal the following document previously filed by County, which is publicly available on the Court's docket, to protect the identity of Plaintiff and other alleged victims of sexual assaults: **Docket Entry No. 61-1** (revealing Plaintiff's name and the names of other alleged victims of sexual assault at p. 7).

The parties agree the County will file an Errata Corrected Supplemental Request for Judicial

– 1 –
STIPULATED REQUEST TO SEAL DOCUMENT PREVIOUSLY FILED; ORDER

Notice, Memorandum of Points and Authorities and Declaration of Nicholas R. Kloeppel ("SRJN"). The parties hereby request that the Court permit the County to attach as an exhibit to the SRJN a version of the subject document with all redactions of Plaintiff's name and the names of the former inmates who were alleged victims of sexual assault and will otherwise comply with the Court's Standing Order pertaining to requests for sealing documents.

**IT IS SO STIPULATED.**

Dated:   October 23, 2025            CAL LAW APC

By:   /s/ Calvin Chang
Calvin Chang
Attorneys for Plaintiff M.S. DOE

Dated:   October 23, 2025            THE MITCHELL LAW FIRM, LLP

By:   /s/ Nicholas R. Kloeppel
Nicholas R. Kloeppel
Attorneys for Defendant County of Plumas

Dated:   October 23, 2025            ANGELO, KILDAY & KILDUFF, LLP

By:   /s/ Derick E. Konz
Derik E. Konz
Attorneys for Defendant Brandon Compton

**IT IS SO ORDERED.**

Dated:  October 23, 2025            /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE